IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| | : | Chapter 13 |
| Paul E Carpenter | : | |
| | : | Case No. 24-12914-AMC |
| Debtor(s) | : | |

**PRAECIPE  TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7**

TO THE COURT:

On behalf of the Debtor, please convert the above captioned matter from a Chapter 13 Case to a Chapter 7 Case.  The applicable schedules and statements will be filed with the Court.

Dated: June 30, 2025
/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices
Two Penn Center
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008